UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **IRA RICHARDS** and **SPENCER WHITE**, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**PERFORMANCE ONE SECURITY, LLC**, a limited liability company, **HENSON SECURITY SERVICES LLC**, a limited liability company, and **ROBERT HENSON JR.**, an individual,<br><br>Defendants. | Case No.: 4:22-cv-00701-Y<br><br>Hon.: Terry R. Means |

**PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND COURT-AUTHORIZED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)**

Plaintiffs, Ira Richards and Spencer White, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby move under Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), for court-authorized notice of this lawsuit to all similarly situated employees. Plaintiffs respectfully request that the Court enter an order:

(1) Conditionally certifying the proposed FLSA Collective;

(2) Authorizing Plaintiffs' proposed forms of notice (**Exhibits A** and **B**) and implementing a procedure whereby the notice of Plaintiffs' FLSA claims is sent (via U.S. Mail, email, and text message) to:

> *All current and former employees who performed security officer job duties for Defendants at any time during the three years preceding the date of an order from this Court granting conditional certification up through and including judgment* (the "FLSA Collective").

(3) Requiring Defendants to identify and produce the names, dates of employment, phone numbers, last known home addresses, and email addresses of all proposed FLSA Collective members in a computer-readable format within fourteen (14) days of the entry of the order;

(4) Appointing the undersigned counsel as counsel for the proposed FLSA Collective;

(5) Giving the proposed Collective members sixty (60) days from the date the notice is mailed to join this case, if they so choose; and

(6) Permitting one reminder email to be sent thirty (30) days after notice is issued to anyone who did not respond.

The facts and legal authorities in support of this Motion are in the attached Brief in Support, which is incorporated by reference.

Dated: September 27, 2022　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jesse L. Young
　　　　　　　　　　　　　　　　　　　　　Jesse L. Young (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Alana A. Karbal (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　SOMMERS SCHWARTZ, P.C.
　　　　　　　　　　　　　　　　　　　　　One Towne Square, 17th Floor
　　　　　　　　　　　　　　　　　　　　　Southfield, Michigan 48076
　　　　　　　　　　　　　　　　　　　　　Telephone: 248-355-0300
　　　　　　　　　　　　　　　　　　　　　jyoung@sommerspc.com
　　　　　　　　　　　　　　　　　　　　　akarbal@sommerspc.com

　　　　　　　　　　　　　　　　　　　　　Robert W. Buchholz (Co-Attorney in Charge)
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 03290600
　　　　　　　　　　　　　　　　　　　　　Robert W. Buchholz, P.C.
　　　　　　　　　　　　　　　　　　　　　5220 Spring Valley Rd., Ste. 618
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75254-2431
　　　　　　　　　　　　　　　　　　　　　214.754.5500
　　　　　　　　　　　　　　　　　　　　　bob@attorneybob.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs and the FLSA Collective*

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(a), Plaintiffs' counsel, Alana Karbal, conferred with defense counsel, Stephanie Barnes, on September 27, 2022 regarding Plaintiffs' opposed Motion. An agreement could not be reached on the Motion because Defendants are of the position that conditional certification is inappropriate in light of *Swales v. KLLM Transp. Servs., L.L.C*. 985 F.3d 430 (5th Cir. 2021).

## **CERTIFICATE OF SERVICE**

I certify that on September 27, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jesse L. Young*
jyoung@sommerspc.com
