# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **IRA RICHARDS** and **SPENCER WHITE**, individually, and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**PERFORMANCE ONE SECURITY, LLC**, a limited liability company, **HENSON SECURITY SERVICES LLC**, a limited liability company, and **ROBERT HENSON JR.**, an individual,<br><br>　　　　Defendants. | Case No.: 4:22-cv-00701-Y<br><br>Hon.: Terry R. Means |

## NOTICE OF SETTLEMENT AND REPORT REGARDING MEDIATION

Plaintiffs, Ira Richards and Spencer White, individually and on behalf of others similarly situated, and Defendants Performance One Security, LLC, Henson Security Services LLC, and Robert Henson, Jr. (collectively the "Parties"), by and through counsel, hereby file this Notice of Settlement.

The Parties participated in mediation with Karen R. Washington on January 16, 2023 and continued to negotiate thereafter. The Parties hereby provide notice to the Court that all matters in controversy between the Parties have been settled in principle. The Parties have finalized the settlement documents and have attached for the Court's consideration the Parties' Stipulated Approval Order Certifying Collective, Approving FLSA Settlement, and Dismissing Case. The Parties respectfully request that the Court enter the proposed Stipulated Approval Order which is attached.

Dated: April 26, 2023

Respectfully Submitted,

*/s/* Jesse L. Young
Jesse L. Young (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
141 East Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
Telephone: (269) 250-7500
jyoung@sommerspc.com

Alana Karbal (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: (248) 355-0300
akarbal@sommerspc.com

Robert W. Buchholz (Co-Attorney in Charge)
Texas Bar No. 03290600
ROBERT W. BUCHHOLZ, P.C.
5220 Spring Valley Rd., Ste. 618
Dallas, Texas 75254-2431
Telephone: (214) 754-5500
bob@attorneybob.com

*Counsel for Plaintiffs and the FLSA Collective*

**AND**

/s/ Stephanie Barnes
Stephanie Barnes
Texas Bar No. 24045696
PLUNK SMITH, PLLC
1701 Legacy Drive, Suite 2000
Frisco, Texas 75034
Telephone: (972) 370-3333
Fax: (972) 294-5274
Email: sbarnes@plunksmith.com

Elvin E. Smith, III
Texas Bar No. 00784995
SIEBMAN LAW, LLP
7914 Bryn Mawr Drive

Dallas, Texas 75225  
Tel: (214) 387-9100  
Fax: (214) 387-9125  
Email: elvinsmith@siebman.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of April, 2023 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Jesse L. Young*
Jesse L. Young