UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **IRA RICHARDS** and **SPENCER WHITE**, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**PERFORMANCE ONE SECURITY, LLC**, a limited liability company, **HENSON SECURITY SERVICES LLC**, a limited liability company, and **ROBERT HENSON JR.**, an individual,<br><br>Defendants. | Case No.: 4:22-CV-701-Y |

## STIPULATED APPROVAL ORDER CERTIFYING COLLECTIVE, APPROVING FLSA SETTLEMENT, AND DISMISSING CASE

Plaintiffs, Ira Richards and Spencer White, individually and on behalf of others similarly situated; and defendants Performance One Security, LLC; Henson Security Services LLC; and Robert Henson, Jr. (collectively, "the Parties"), by and through counsel, agree to the entry of this Stipulated Approval Order Certifying Collective, Approving FLSA Settlement, and Dismissing Case ("Approval Order"). This stipulation asks the Court to approve, as fair and reasonable, the proposed settlement that the Parties reached and memorialized in the Settlement Agreement and Release ("the Settlement" or "the Agreement"), attached as Exhibit 1 to the Notice of Settlement filed on April 26, 2023 (doc. 31) .

Having reviewed this stipulated Approval Order, the Agreement, the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Approval Order certifying the FLSA collective and approving the Settlement, including the proposed service awards, and the proposed attorneys' fees and expense reimbursements to class counsel.

1. The captioned action asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 201, *et seq.*, on behalf of non-exempt employees of Performance One Security, LLC; Henson Security Services LLC; and Robert Henson Jr. ("Defendants").

2. On August 12, 2022, plaintiffs Ira Richards and Spencer White filed this action as a collective action under the FLSA. Plaintiffs initiated this action on behalf of themselves and all other persons similarly situated, seeking damages for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (hereinafter referred to as "the Lawsuit") (doc. 1). In general, Plaintiffs claim that Defendants failed to pay overtime wages in violation of applicable law. Defendants deny the claims brought by Plaintiffs.

3. After the Court denied Plaintiffs' Motion for Conditional Certification without prejudice, the Parties agreed to enter into facilitation and to hold off on formal discovery until the completion of facilitation. Attorney Karen Washington was selected as the mediator.

4. Facilitation proceeded on January 16, 2023. During facilitation, the Parties mutually and voluntarily agreed to a settlement of the Lawsuit as a collective action.

5. The settlement will cover the named Plaintiffs and all of the thirty-eight (38) eligible employees who elect to participate in the settlement by negotiating a settlement check.

6. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement resulted from arms-length negotiations between experienced counsel after substantial investigation. Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate, and in the best interests of the representative plaintiffs and eligible settlement participants. The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation; the amount offered in the settlement; and the Parties' counsel's experience and views.

7.  The Court approves the Settlement as reflected in Exhibit 1 to the April 26 Notice of Settlement and orders that the Settlement be implemented according to the terms and conditions of the Agreement and as directed herein.

8.  The Court also approves the service awards to plaintiffs Ira Richards, Spencer White, and Anthony Brown in recognition of their service in this action, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Agreement.

9.  The Court approves the payment of attorneys' fees and expense reimbursement to class counsel as provided in the Agreement, and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

10. As authorized by the Settlement Agreement and the Parties' stipulation, the Court **DISMISSES WITH PREJUDICE** this entire action, with each party bearing its own costs, expenses, and attorneys' fees. All relief not previously granted is hereby denied, and the clerk is directed to **CLOSE** this civil action.

11. The Court retains jurisdiction to hear any disputes related to the Settlement Agreement including, without limitation, Defendants' payment obligations under the Agreement, any other material breach of the Agreement, or entry of the consent judgment referred to in the Agreement.

SIGNED April 27, 2023.

                                                *Terry R. Means*
                                                TERRY R. MEANS
                                                UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

<div style="column-count:2">

*/s/ Jesse L. Young*
Jesse L. Young (P72614)
Alana A. Karbal (P82908)
Sommers Schwartz, P.C.
1 Towne Sq., 17th Floor
Southfield, Michigan 48375
(248) 355-0300
jyoung@sommerspc.com
akarbal@sommerspc.com

Robert W. Buchholz
Texas Bar No. 03290600
Robert W. Buchholz, P.C.
5220 Spring Valley Rd., Ste. 618
Dallas, Texas 75254-2431
214.754.5500
bob@attorneybob.com

Attorneys for Plaintiffs

*/s/Stephanie Barnes*
Stephanie Barnes
Texas State Bar No. 24045696
Plunk Smith, PLLC
1701 Legacy Drive, Suite 2000
Frisco, Texas 75034
Telephone: (972) 370-3333
Fax: (972) 294-5274
Email: sbarnes@plunksmith.com

SIEBMAN LAW, LLP
Elvin E. Smith, III
Texas Bar No. 00784995
7914 Bryn Mawr Drive
Dallas, Texas 75225
Tel: (214) 387-9100
Fax: (214) 387-9125
Email: elvinsmith@siebman.com

Attorneys for Defendants

</div>